SCPW-20-0000102

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ANONYMOUS DONORS, Petitioners,

vs.

CLARE CONNORS, ATTORNEY GENERAL OF THE STATE OF HAWAI'I,
Respondent Public Official; and JUDGE OF THE TENTH DIVISION OF
THE FIRST CIRCUIT COURT, STATE OF HAWAI'I, Respondent Judge,

and

KAHEA: HAWAIIAN ENVIRONMENTAL ALLIANCE, a nonprofit corporation;
and FIRST HAWAIIAN BANK, a domestic profit corporation,
Respondents.

---

ORIGINAL PROCEEDING
(S.P. NO. 19-0000062)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Anonymous Donors'

petition for writ of mandamus, filed on February 28, 2020, the

documents attached thereto and submitted in support thereof, and

the record, it appears that the underlying order is on appeal

before the Intermediate Court of Appeals and enforcement of the

subpoena has been stayed.  There is no exigent or imminent

circumstance to warrant extraordinary relief at this juncture. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ mandamus is denied.

DATED:  Honolulu, Hawai'i, June 16, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson